UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Yurbelis SANGRONIS WANDET, Jesus SANDOVAL SEQUERA, S.S.S.,

     Petitioner,

 -against-

LaDeon FRANCIS, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Todd LYONS, in his official capacity as Acting Director U.S. Immigrations and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Attorney General.

     Respondents.

Case No. 1:25-cv-09011

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

  Pursuant to Fed. R. Civ. P. 65 and the All Writs Act, and having reviewed Petitioners' Petition for a Writ of Habeas Corpus; Notice of Motion; and Memorandum of Law in Support of Motion, and Petitioner having shown that he was wrongfully detained while exercising his constitutionally protected rights in U.S Immigration Court, 26 Federal Plaza NY 10007, in New York City and is in imminent danger of being removed from the jurisdiction of the United States District Court of the Southern District of New York, the Court HEREBY ORDERS that:

  1. Defendants, and each of them, and all persons under their direction or in privity with them, are TEMPORARILY RESTRAINED from transferring Petitioner Jesus Sandoval Sequera from locations in, or reasonably proximate to, the United States District Court for the Southern

District of New York, or if said Petitioner is located in a detention facility in the District of New Jersey, from locations in, or reasonably proximate to, the United States District Court for the District of New Jersey;

    2. To the extent such transfer has already occurred, Respondents are further ordered to return said Petitioner forthwith to the location from which he was removed;

    3.  Service upon Defendants shall be made by email, as required by law, by midnight tonight, November 6, 2025.

    4.  The matter will be heard at 2:30 pm, November 10, 2025, in Courtroom 14D, 500 Pearl Street, New York, NY 10007.

    IT IS SO ORDERED.

Dated:  November 6, 2025, 10:29 P.M.
         New York, New York

_____
    ALVIN K. HELLERSTEIN
    United States District Judge