UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
SANGRONIS WANDET ET AL, :
: **ORDER REGULATING**
Petitioners, : **PROCEEDINGS**
:
-against- : 25 Civ. 9011 (AKH)
:
FRANCIS ET AL, :
:
Respondents. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Upon application of the government and consent of the plaintiff, the hearing of the TRO, set for November 10, 2025, is adjourned to December 2, 2025, at 2:30 pm, in Courtroom 14D. Counsel shall supply a stipulation providing a briefing schedule providing for the government's opposition papers to be filed no later than by noon, November 18, 2025, and the plaintiff's reply, by noon December 1, 2025.

     SO ORDERED.

Dated:    November 10, 2025                      /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                               United States District Judge