UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                             :

SANGRONIS WANDET ET AL,         :

                                               :      **ORDER REGULATING**
                       Petitioners,    :      **PROCEEDINGS**
                                               :

     -against-                                :      25 Civ. 9011 (AKH)
                                               :

FRANCIS ET AL,                        :
                                               :

                     Respondents.   :
                                               :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       There shall be a hearing in response to Petitioner's letter motion for interim release pending this Court's adjudication of Petitioners' underlying habeas matter (ECF No. 15) on November 17, 2025, at 10:30 a.m.

       The Government shall file any opposition by November 14, at 12:00 p.m.

       The Government shall further arrange for Petitioner Jesus Sandoval's attendance at that hearing, at which time Counsel shall illicit testimony on the matters raised in Petitioner's letter,

       SO ORDERED.

Dated:     November 12, 2025                  /s/ Alvin K. Hellerstein
            New York, New York                 ALVIN K. HELLERSTEIN
                                            United States District Judge