UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
SANGRONIS WANDET ET AL,                                      :
                                                             :     **ORDER GRANTING HABEAS**
                                      Petitioners,           :     **RELIEF**
                                                             :
        -against-                                            :     25 Civ. 9011 (AKH)
                                                             :
FRANCIS ET AL,                                               :
                                                             :
                                      Respondents.           :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons stated on the record on November 17, 2025, the petition for habeas relief is GRANTED. Both petitioners are hereby released from custody forthwith. Petitioner Jesus Sandoval Sequera shall be released from custody immediately. Petitioner Sangronis Wandet shall have her ankle monitor removed immediately. This order restores conditions in effect prior to Petitioners' detention of October 30, 2025. Petitioners' employment authorization documents shall be returned to Petitioner.

        SO ORDERED.

Dated:      November 17, 2025
                 New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge