UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                   :

SANGRONIS WANDET ET AL,           :

                           :      **ORDER REGULATING**
               Petitioners,    :      **PROCEEDINGS**
                            :

     -against-                 :      25 Civ. 9011 (AKH)
                            :

FRANCIS ET AL,                 :

                            :

             Respondents.   :

                            :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The hearing previously scheduled for December 2, 2025, is canceled.

           SO ORDERED.

Dated:       December 1, 2025               <u>/s/ Alvin K. Hellerstein</u>
             New York, New York           ALVIN K. HELLERSTEIN
                                       United States District Judge