UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                  :

SANGRONIS WANDET ET AL,         :

                     Petitioners,   :

    -against-                 :

FRANCIS ET AL,                :

                     Respondents.  :
------------------------------------------------------------- X

**ORDER**

25 Civ. 9011 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      While I originally intended to issue a written decision expounding on my rulings expressed on the record on November 17, 2025, the many similar rulings, including a recent Second Circuit decision directly addressing the statutory question, make further elaboration unnecessary. *See, e.g., Barbosa da Cunha v. Freden*, No. 25-3141, 2026 WL 1146044, at *2 (2d Cir. Apr. 28, 2026) ("Section 1226(a) governs detention of noncitizens like Petitioner. Section 1225(b)(2)(A) does not apply to such noncitizens, who are present in the United States after entering the country without inspection and admission, and who were not apprehended while entering the country or shortly thereafter."); *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. Aug. 13, 2025); *Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573, at *2 (S.D.N.Y. Nov. 18, 2025) (citing cases); *Rivera Esperanza v. Francis*, 817 F. Supp. 3d 187 (S.D.N.Y. Dec. 8, 2025); *Silva Rueda v. Catletti*, No. 26-CV-2977 (VSB), 2026 WL 1194956 (S.D.N.Y. May 1, 2026). In this circumstance, another opinion by a district judge would be superfluous. My ruling granting Petitioners' petition for habeas relief suffices to close the case. *See* ECF No. 20. Accordingly, I direct the Clerk of Court to close the case.

      SO ORDERED.

Dated:     June 2, 2026
           New York, New York

                                  ALVIN K. HELLERSTEIN
                                  United States District Judge