**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SANGRONIS WANDETET AL,

                         Petitioners,              25 **CIVIL** 9011 (AKH)

          -against-                    **<u>JUDGMENT</u>**

FRANCIS ET AL,

                         Respondents.
---------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Orders dated November 17, 2025, and June 2, 2026, the petition for habeas relief is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
          June 3, 2026

                                    **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                    **BY:**

                                      **Deputy Clerk**